# UNITED STATES OF AMERICA
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**IN RE 2023 LAND ROVER RANGE ROVER**
**VIN: SALKP9E76PA021043**                    **Case No.**

*Defendant In Rem*.

_____/

## <u>APPEARANCE OF COUNSEL</u>

**PLEASE TAKE NOTICE that**, TODD RUSSELL PERKINS, does hereby

enter his appearance as counsel for Claimant, DAMON PERKINS.

/s/ Todd Russell Perkins
Todd Russell Perkins (P55623)
The Perkins Law Group, PLLC
615 Griswold, Suite 400
Detroit, Michigan 48226
(313) 964-1702
E-Mail: tperkins@perkinslawgroup.net

Dated:_____October 18, 2024_

# UNITED STATES OF AMERICA
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

---

**IN RE 2023 LAND ROVER RANGE ROVER**
**VIN: SALKP9E76PA021043**                    **Case No. 24-51185**

*Defendant In Rem*.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, I electronically mailed the foregoing document with the Clerk of the Court and counsel of record for the Government, shall be notified similarly – via ECF.


**The Perkins Law Group, PLLC**

s/ TODD RUSSELL PERKINS
Todd Russell Perkins (P55623)
Counsel for Damon Perkins
615 Griswold, Suite 400
Detroit, Michigan 48226
Phone: (313) 964-1702
E-mail: tperkins@perkinslawgroup.net